AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Oct 07, 2024**

SEAN F. McAVOY, CLERK

CHRISTOPHER B.,
*Plaintiff*
v.
MARTIN O'MALLEY,
COMMISSIONER OF SOCIAL SECURITY,
*Defendant*

Civil Action No. 2:23-CV-00142-LRS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* ___ recover from the defendant *(name)* ___ the amount of ___ dollars ($ ___), which includes prejudgment interest at the rate of ___ %, plus post judgment interest at the rate of ___ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ___ recover costs from the plaintiff *(name)* ___ .

☑ other: Plaintiff's Brief, ECF No. 9, is DENIED.
Defendant's Brief, ECF No. 13, is GRANTED.
Pursuant to the Order filed at ECF No. 15, Judgment is entered in favor of Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge ___ presiding, and the jury has rendered a verdict.

☐ tried by Judge ___ without a jury and the above decision was reached.

☑ decided by Judge Lonny R. Suko ___ on the parties' briefs.

Date: 10/7/2024

*CLERK OF COURT*

SEAN F. McAVOY

s/ Ruby Mendoza
*(By) Deputy Clerk*

Ruby Mendoza